```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB 2 1 2012

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:11-cr-0142-RCJ-VPC |
| Plaintiff, ) | |
| v. ) | |
| CLIFTON JAMES JACKSON, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on FEBRUARY 8, 2012, a jury verdict following trial was returned adjudging defendant CLIFTON JAMES JACKSON guilty of the offense charged in a One-Count Indictment, charging him Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. § 922(g)(1).

AND WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court finds that the United States of America has shown a nexus between the property described in the Indictment and the offense to which defendant CLIFTON JAMES JACKSON has been adjudged guilty.

AND WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

1. one Harrington & Richardson, model 929, .22 caliber revolver, serial number AX181546 and ammunition.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of CLIFTON JAMES JACKSON in the aforementioned property is forfeited and is vested in the

United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America shall publish for at least thirty consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Rule 32.2(b)(6), Fed.R.Crim.P., and 21 USC § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described asset.

DATED this _21_ day of _February_ 2012.

_____
UNITED STATES DISTRICT JUDGE